IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **FOREMOST INSURANCE COMPANY,** a corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 07-0590-CG-B ) |
| **CHARLOTTE WHITE, an individual,** | ) ) |
| Defendant. | ) |

**ORDER**

This matter is before the court on the parties Stipulation of Dismal with Prejudice (Doc. 97). Accordingly, pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), it is **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs.

**DONE** and **ORDERED** this 8th day of July, 2009.

    /s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE